IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-08-453 |
| TOPANGELIA G. BINGHAM | § | |

**O R D E R**

Defendant filed an unopposed motion for substitution of counsel. (Docket Entry No. 17). The motion is granted. Cheryl Irvin will replace Brett Podolsky as counsel of record for the defendant.

Defendant filed an unopposed motion for continuance, (Docket Entry No. 18). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | January 25, 2009 |
| Responses to be filed by: | February 6, 2009 |
| Pretrial conference is reset to: | **February 10, 2009 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 17, 2009, at 9:00 a.m.** |

SIGNED on November 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge