## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-08-453 |
| | § | |
| | § | |
| TOPANGELIA G. BINGHAM | § | |

## O R D E R

Defendant filed an unopposed motion for continuance, (Docket Entry No. 20).   The

court finds that the interests of justice are served by  granting  this continuance and that those

interests outweigh the interests of the public and the defendant in a speedy trial. The  motion

for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | April 6, 2009 |
| Responses to be filed by: | April 16, 2009 |
| Pretrial conference is reset to**:** | **April 22, 2009 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 27, 2009, at 9:00 a.m.** |

SIGNED on February 5, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge