IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-08-453 |
| | § | |
| | § | |
| TOPANGELIA G. BINGHAM | § | |

**O R D E R**

Defendant Topangelia Bingham's motion for examination by a court-appointed psychiatrist, (Docket Entry No 22), is granted. Dr. Victor R. Scarano, 5252 Westheimer, Suite 125, P.O. Box 25371, 77005 (713)667-6903 will conduct the examination.  The examination is to be completed and filed under seal no later than April 27, 2009.  The court finds that the interests of justice are served by  granting a continuance to allow time for this examination. These interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | June 5, 2009 |
| Responses to be filed by: | June 12, 2009 |
| Pretrial conference is reset to**:** | **June 15, 2009 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 22, 2009, at 9:00 a.m.** |

SIGNED on April 2, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge