# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-08-453 |
| | § | |
| | § | |
| TOPANGELIA G. BINGHAM | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 37). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 12, 2010, at 9:00 a.m.**

SIGNED on November 16, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge