United States District Court
Southern District of Texas
**ENTERED**
January 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-08-453 |
| § | |
| § | |
| TOPANGELIA G. BINGHAM § | |

**ORDER**

Topangelia Bingham was sentenced to a 21-month prison term after she pleaded true to violations of her supervised-release conditions. The violations included credit card abuse of the elderly and theft of property. She has prior convictions that include bank fraud, forgery, and felony theft.

Bingham has filed numerous *pro se* motions asking this court and the Chief Judge of the Southern District of Texas to postpone or modify her sentence by reducing it, suspending it, or otherwise allowing her to avoid custody until she can serve as a kidney donor for her sister, Mishelle Bryant. Bingham asserts that she is approved as a donor but was rejected once the treating hospital discovered that she would be in custody when the surgery would take place.

The Probation Office inquired about Bingham's donor status. Although Bingham tested as a medically qualified kidney donor for her sister in some aspects approximately 13 years ago, she is disqualified in other ways and ineligible to be a donor. A donor cannot have a history of being on any psychotropic medication. Bingham has that history. A donor cannot have ever been in a prison setting. Bingham has a long history of prison time. She is ineligible to serve as a donor regardless of her current custody status.

The motions Bingham has filed, (Docket Entries No. 55, 56, 57), are denied.

SIGNED on January 20, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge