IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-08-453 |
| | § | |
| TOPANGELIA G. BINGHAM | § | |

## ORDER

The defendant, Topangelia Bingham, has filed yet another set of letter motions seeking early release to assist her sister by donating a kidney. (Docket Entry Nos. 61, 62). Ms. Bingham has again misrepresented the facts about the likely hospital to perform her sister's transplant and her own eligibility to be the donor. Ms. Bingham's motions are denied. She is admonished that further lies to the court will lead to sanctions.

SIGNED on March 10, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge